## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHERYL PATRICK, ) ) Plaintiff, ) ) v. ) ) (1) FARMERS INSURANCE GROUP and ) (2) FARMERS INSURANCE COMPANY, ) INC, d/b/a Farmers Insurance, ) ) Defendant. ) | Case No. 16-CV-680-JHP-TLW |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Cheryl Patrick, and the Defendant, Farmers Insurance Company, Inc., d/b/a Farmers Insurance, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above-styled and numbered cause and all claims asserted therein. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

*s/Phil R. Richards*
Phil R. Richards, OBA #10457
Kelsie M. Sullivan, OBA #20350
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email:  prichards@richardsconnor.com
ksullivan@richardsconnor.com

**ATTORNEYS FOR DEFENDANTS FARMERS INSURANCE GROUP AND FARMERS INSURANCE COMPANY**

2

*s/ Scott Allen*
*(signed by filing attorney with permission of attorney for Plaintiff)*
Scott Allen, OBA #13588
E. TERRILL CORLEY & ASSOCIATES
1809 E. 15th St.
Tulsa, Oklahoma  74104
Telephone:  918/744.6641
Facsimile:  918/747.4921

**ATTORNEY FOR PLAINTIFF**
**CHERYL PATRICK**